JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMMOTH RX, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>FRED BATTAH aka FREDDY, BATTAH, an individual; REAL VALUE PRODUCTS CORPORATION dba HOSPITAL PHARMACEUTICAL CONSULT ANTS, a Texas corporation; and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO.: 2: 19-cv-03323-RGK-AFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

# **ORDER**

The Stipulation for Dismissal without Prejudice is accepted and approved, and this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 3, 2020    _____
　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　U.S. District Court Judge

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE**